**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| SOLANGE CHADDA, et al., pro se, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 10-4029 |
| | : | |
| JEFF MULLINS, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this   9th   day of November, 2010, after careful consideration of the

Complaint and Amended Complaint, and other relevant documents, including a declaration by

Plaintiff, Kelly Hall, it is hereby **ORDERED** that:

1.  the Complaint and Amended Complaint are **DISMISSED FOR LACK OF
    SUBJECT MATTER JURISDICTION**;

2.  all outstanding motions are hereby **DISMISSED AS MOOT**; and

3.  the Clerk of Court shall mark this case **CLOSED**.


BY THE COURT:


 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE